AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FALLON, ELDON E. | U.S.District Court,Louisiana | 05/10/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (ACTIVE) | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U. S. DISTRICT COURT
500 POYDRAS STREET - ROOM C456
NEW ORLEANS, LA 70130

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Ex-Officio Board Member/Past President | Louisiana Bar Foundation |
| 2. | Trustee | Testamentary Trust |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E. | 05/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Thompson-West (book royalty) | $1,546.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E. | 05/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PARCEL #2, NOLA | A | Rent | L | W | | | | | |
| 2. PARCEL #5, NOLA | E | Rent | O | W | | | | | |
| 3. *PARCEL#6, MS (Pearl River County) | C | | P1 | W | | | | | |
| 4. DUKE COMMON STOCK | A | Dividend | K | T | | | | | |
| 5. FIDELITY FUND COMMON STOCK | A | Dividend | K | T | | | | | |
| 6. EMPIRE DISTRICT ELECTRIC COMMON STOCK | A | Dividend | J | T | | | | | |
| 7. ANADORKO COMMON STOCK | A | Dividend | K | T | | | | | |
| 8. VIAD COMMON STOCK | A | Dividend | J | T | | | | | |
| 9. FINOVA COMMON STOCK | A | Dividend | J | T | | | | | |
| 10. REGIONS BANK [formerly AM SOUTH (IRA) | D | Dividend | N | T | | | | | |
| 11. SCHWAB MONEY MARKET ACCOUNT | D | Interest | N | T | | | | | |
| 12. SAVING/FIDELITY HOMESTEAD ASSN' | A | Interest | J | T | | | | | |
| 13. *TESTAMENTARY TRUST | | None | L | T | | | | | |
| 14. VANGUARD INDEX TRUST SMALL CAP STOCK PORTFOLIO (NAESX)MUTUAL | A | Dividend | K | T | | | | | |
| 15. LEGG MASON VALUE MUTUAL FUND | A | Dividend | K | T | | | | | |
| 16. *GNMA'S POOLS (BONDS) | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17.   FNMA MTG POOL | A | Interest | J | T | | | | | |
| 18.   VANGUARD TOTAL STOCK MKT INDEX FUND | A | Dividend | M | T | | | | | |
| 19.   MONEYGRAM INTERNATIONAL, INC. [Spin off of VIAD] | A | Dividend | J | T | | | | | |
| 20.   *SCHWABB MONEY MARKET FUND (See VIII for explanation) | C | Interest | L | T | | | | | |
| 21.   *GNMA PASS-THRU X SINGLE FLY | C | Interest | K | T | | | | | |
| 22.   SECTOR SPDR TR SBI INT-ENERGY | A | Dividend | K | T | | | | | |
| 23.   OIL SVC HOLDERS TR DEPOSTRY RCPT | A | Dividend | L | T | | | | | |
| 24.   PIMCO FDS PAC INVT MGM COMMD RL STR D | A | Dividend | K | T | | | | | |
| 25.   POWERSHARES ETF TRUST DYN EN EX PROD | A | Dividend | J | T | | | | | |
| 26.   BLACKROCK INCOME TR COM | A | Dividend | J | T | | | | | |
| 27.   FHLMC POOL | A | Dividend | J | T | | | | | |
| 28.   ISHARES TR DJ OIL & GAS EXP | A | Dividend | K | T | | | | | |
| 29.   POWERSHARES ETF TRUST DYN | A | Dividend | J | T | | | | | |
| 30.   SHEETTRACKS GOLD TR GOLD SHS | A | Dividend | M | T | | | | | |
| 31.   TELECOM HLDRS TR DEPOSITRY RCPT | A | Dividend | J | T | | | | | |
| 32.   VANGUARD WORLD FDS MATERIALS ETF | A | Dividend | K | T | | | | | |
| 33.   PIMCO CORPORATE OPP FD COM | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. REGIONAL BANK HOLDERS TR DEPOSITRY RCPT | A | Dividend | | | Sold | 6/20/11 | L | | |
| 35. STREETTRACKS SER TR SPDR S&P MTL | A | Dividend | J | T | | | | | |
| 36. PIMCO TOTAL RTN 2 | A | Dividend | K | T | | | | | |
| 37. U.S. GLOBAL | A | Dividend | K | T | | | | | |
| 38. FIDELITY SELECT COMPUTERS | A | Dividend | K | T | | | | | |
| 39. FEDERATED FUND | A | Dividend | L | T | | | | | |
| 40. GAMBELLI GROWTH FUND | A | Dividend | K | T | | | | | |
| 41. LEGG-MASON OPPORTUNITY FUND | A | Dividend | K | T | | | | | |
| 42. T. ROWE PRICE INTERNAT'L | A | Dividend | K | T | | | | | |
| 43. VANGUARD GNMA | B | Dividend | K | T | | | | | |
| 44. VANGUARD TOTAL STOCK INDEX | B | Dividend | M | T | | | | | |
| 45. FIDELITY HOMSTEAD (CDs) | C | Interest | L | T | | | | | |
| 46. GUARANTY HOMESTEAD (CDs) | B | Interest | M | T | | | | | |
| 47. CAPITOL ONE (formerly DRYADES SAVINGS) (CDs) | A | Interest | K | T | | | | | |
| 48. FIDUCIARY CLAYMORE MLP COM | A | Interest | | | Sold | 2/23/11 | K | A | |
| 49. WISDOMTREE TRUST EMERG MKTS ETF | A | Interest | K | T | Sold (part) | 2/23/11 | K | A | |
| 50. WISDOMTREE TRUST INTL DIV E FINL | A | Interest | | | Sold | 2/23/11 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. BLACKROCK LTD DURATION COM SH | A | Interest | K | T | | | | | |
| 52. VANGUARD BD INDEX FD SHORT TRM BOND | A | Interest | L | T | | | | | |
| 53. ISHARES TR BARCLYS TIPS BD | A | Interest | L | T | | | | | |
| 54. ISHARES TR GS CORP BD FD | A | Interest | L | T | | | | | |
| 55. MARKET VECTORS ETF TR AGRIBUS ETF | A | Interest | K | T | | | | | |
| 56. SPDR SERIES TRUST BRCLYS SHRT ETF | A | Interest | K | T | | | | | |
| 57. PIMCO MUN INCOME FD II COM | A | Interest | | | Sold | 11/15/11 | J | A | |
| 58. ALPS EFG TR ALERIAN MLP | A | Interest | K | T | Buy | 2/23/11 | K | | |
| 59. *BLACKROCK LTD DURATION COM SHS | A | Interest | K | T | Buy (add'l) | 3/31/11 | K | | |
| 60. *GNMA POOL | A | Interest | K | T | Buy (add'l) | 3/31/11 | K | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS AND TRUSTS.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

#3.  Farm and pasture land.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

#13.  Assets of Testmentary Trust.

(1)  Trustee, with no direct personal interest, for Account of Testamentary Trust on deposit with Bank One, New Orleans, Louisiana.  The interest income is paid pursuant to the terms of the Trust in monthly installments to decedent's widow, who is income beneficiary for life or remarriage.  Turstee's                    are the principal beneficiaries of the Trust.

(2)  Lot                    , Geneva County, Alabama, appraised value $600

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

#16.  GNMA'S POOL BONDS is principle reduction on a government mortgage pool.

#20.  SCHWABB MONEY MARKET FUND is funds in an IRA cash reserve with money in and out, similiar to a bank account.  This fund  is treated like a CD, and some of the funds are used to purchase other stocks, i.e., the value at beginning of the year was greater than the value at the end as the funds were reduced by purchase of more shares in fund.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
#21 *GNMA PASS-THRU X SINGLE FLY should be combined with #16 GNMA'S POOL BONDS.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

#60 *GNMA POOL (same pool as #16, will be combined next report)

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E. | 05/10/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ **ELDON E. FALLON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544